Doe v Archdiocese of N.Y. (2025 NY Slip Op 05628)

Doe v Archdiocese of N.Y.

2025 NY Slip Op 05628

Decided on October 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 14, 2025

Before: Webber, J.P., Kennedy, Mendez, Rodriguez, Higgitt, JJ. 

Index No. 950208/19|Appeal No. 4943|Case No. 2025-03876|

[*1]John Doe III, Plaintiff-Respondent,
v
Archdiocese of New York, Defendant-Appellant, Our Lady of Mount Carmel School, Defendant-Respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Adam Silvera, J.), entered June 12, 2025,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated October 01, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 14, 2025